1078

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN GARY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01326-1, Helen Halpert, J., entered August 3, 2000. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GINO L. BOREYKO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02618-4, Nicole MacInnes, J., entered October 11, 2000. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. A.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02586-8, James Bryan Street, J., entered November 13, 2000. *Affirmed in part*, *reversed in part* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CARL JAN THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00101-5, Ellen J. Fair and Larry E. McKeeman, JJ., entered November 3, 2000. *Affirmed* by unpublished per curiam opinion.